tor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl and Beatrice Rosenberg for respondent.

No. 198, Misc. RICHETSKY v. NEW YORK. County Court of Queens County, New York. Certiorari denied.

No. 219, Misc. BAUTZ v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 249, Misc. KAUFMAN v. UNITED STATES. C. C. A. 6th. Certiorari denied. Arthur W. A. Cowan for petitioner. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and W. Victor Rodin for the United States.

No. 256, Misc. BLOOM v. UNITED STATES. C. C. A. 2d. Certiorari denied. Petitioner pro se. Solicitor General Perlman, Assistant Attorney General Quinn and Robert S. Erdahl for the United States.

No. 276, Misc. GRIFFIN v. UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. Joseph A. McMenamin for petitioner. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Philip R. Monahan for the United States.

No. 322, Misc. MAZAKAHOMNI v. NORTH DAKOTA. Supreme Court of North Dakota. Certiorari denied.

No. 324, Misc. MEYERS v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.